UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-81300-ROSENBERG

MOON AND STAR LOGISTICS, LLC,

    Plaintiff,

v.

DIRECT TRAFFIC SOLUTIONS, INC.,

    Defendant.

                                                    /

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

This matter is before the Court upon the Defendant's Motion to Dismiss or Alternatively for a More Definite Statement, DE 17, which was previously referred to the Magistrate Judge for a Report and Recommendation. On December 20, 2023, the Magistrate Judge issued a Report and Recommendation recommending that the Motion be denied. DE 27. The parties had until January 3, 2024 to file any objections. The Plaintiff filed a notice of no objections at docket entry 29. And no objection from the Defendant appears on file. The Court has reviewed the Report and Recommendation and the record and is otherwise fully advised in the premises.

Upon review, the Court agrees with the analysis in the Magistrate Judge's Report and Recommendation and concludes that the Defendant's Motion should be granted for the reasons set forth therein.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation, DE 27, is hereby **ADOPTED**;

2. The Defendant's Motion to Dismiss or Alternatively for a More Definite Statement, DE 17, is **DENIED**;

3. The Defendant shall file its answer to the Complaint by up to and including January 30, 2024.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 16th day of January, 2024.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record